UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| LENOARD COTTRELL, *et al.*, | : | Civ. Action No.: 14-5859(FLW) |
|  | : |  |
| Plaintiffs, | : |  |
|  | : |  |
| v. | : |  |
|  | : | ORDER |
| ALCON LABORATORIES, INC., | : |  |
| *et al.*, | : |  |
|  | : |  |
| Defendants. | : |  |

**THIS MATTER** having been opened to the Court by Liza M. Walsh, Esq., Charles B. Casper, Esq., and Kyle G. Everly, Esq., counsel for Defendants[1]; on two separate motions to dismiss; it appearing that Plaintiffs,[2] through their counsel, Jeffrey W. Herrmann, Esq.,

---

[1] Plaintiffs name as defendants both brand-name and generic pharmaceutical manufacturers and their distributors. The brand name companies include: Alcon Laboratories, Inc., Alcon Research, Ltd., Allergan, Inc., Allergan USA, Inc., Allergan Sales, LLC, Pfizer Inc., Valeant Pharmaceuticals International, Inc., Bausch & Lomb, Inc., Aton Pharma, Inc., Merck & Co., Inc., and Merck, Sharpe & Dohme Corp. (collectively, the "Brand Name Defendants"). The generic companies are Falcon Pharmaceuticals, Ltd., Sandoz Inc., Prasco LLC, Akorn, Inc. (collectively, the "Generic Defendants"). All defendants will be collectively referred to as "Defendants."

[2] These plaintiffs include: Leonard Cottrell, Sandra Henon, William Reeves, George Herman, Simon Nazzal, Carol Freburger, Jack Liggett, Patricia Bough, Mack Brown, Dolores Gillespie, Deborah Harrington, Robert Ingino, Edward Rogers, Jr., Deborah Rusignulolo, Dorothy Stokes, Josephine Troccoli, Hurie Whitfield, Thomas Layloff, Carolyn Tanner, Patsy Tate, John Sutton, Jesus Renteria, Glendelia Franco and Nadine Lampkin (collectively, "Plaintiffs").

oppose the motions; it appearing that the Court having considered the parties' submissions in connection with the motions pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on even date and for good cause shown,

**IT IS** on this 24th day of March, 2016,

**ORDERED** that the Generic Defendants' motion to dismiss is **GRANTED**;

**ORDERED** that the Brand Name Defendants' motion to dismiss is **GRANTED**;

**ORDERED** that Plaintiffs' Amended Complaint is dismissed for lack of standing; and it is further

**ORDERED** that Plaintiffs' motion for leave to file supplemental exhibits relating to issues involving the merits of this Case is denied as **MOOT.**

/s/        Freda L. Wolfson
United State District Judge