GREENBERG TRAURIG, LLP
200 Park Avenue, P.O. Box 677
Florham Park, NJ 07932-0677
(973) 360-7900
Attorneys for Defendants Falcon
Pharmaceuticals, Ltd. and Sandoz Inc.

MONTGOMERY McCRACKEN WALKER & RHOADS, LLP
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 488-7700
Attorneys for Defendant Prasco LLC

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
15 Exchange Place, Suite 1020
Jersey City, NJ 07302
(201) 209-0393
Attorneys for Defendant Akorn, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEONARD COTTRELL, SANDRA HENON, WILLIAM REEVES, GEORGE HERMAN, SIMON NAZZAL, CAROL FREBURGER, JACK LIGGETT, PATRICIA BOUGH, MACK BROWN, DOLORES GILLESPIE, DEBORAH HARRINGTON, ROBERT INGINO, EDWARD ROGERS, JR., DEBORAH RUSIGNUOLO, DOROTHY STOKES, JOSEPHINE TROCCOLI, HURIE WHITFIELD, THOMAS LAYLOFF, CAROLYN TANNER, PATSY TATE, JOHN SUTTON, JESUS RENTERIA, GLENDELIA FRANCO, and NADINE LAMPKIN, on behalf of themselves and all others similarly situated, | Civil Action No. 3:14-cv-05859-BRM-LHG  RETURN DATE: NOVEMBER 5, 2018 |
| Plaintiffs, | |
| v. | |

ALCON LABORATORIES, INC.; ALCON    )
RESEARCH, LTD.; FALCON    )
PHARMACEUTICALS, LTD.; SANDOZ, INC.;    )
ALLERGAN, INC.; ALLERGAN USA, INC.;    )
ALLERGAN SALES, LLC; PFIZER INC.;    )
VALEANT PHARMACEUTICALS    )
INTERNATIONAL, INC.; BAUSCH AND    )
LOMB INCORPORATED; ATON PHARMA,    )
INC.; MERCK & CO., INC.; MERCK, SHARP &    )
DOHME CORP., PRASCO, LLC; and AKORN,    )
INC.,    )
                        Defendants.    )

## RENEWED MOTION BY DEFENDANTS FALCON PHARMACEUTICALS, LTD., SANDOZ INC., PRASCO LLC, AND AKORN, INC. TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

**TO:   ALL COUNSEL OF RECORD RECEIVING ECF NOTICE AND ALL COUNSEL LISTED ON THE ATTACHED SERVICE LIST_____**

**COUNSEL:**

    **PLEASE TAKE NOTICE** that, pursuant to Rule 12(b)(6), Fed. R. Civ. P.,

on November 5, 2018, or as soon thereafter as counsel may be heard, defendants

Falcon Pharmaceuticals, Ltd., Sandoz Inc., Prasco LLC, and Akorn, Inc. (the

"Generic Defendants"), by their undersigned attorneys, will move the United

States District Court for the District of New Jersey, in the above-referenced action,

for an Order Dismissing the Amended Complaint on the following grounds:

    (a)    Pursuant to Rule 12(b)(6), Fed. R. Civ. P., the claims asserted and the

relief demanded by plaintiffs should be dismissed because they are preempted by

the Federal Food, Drug and Cosmetic Act ("FDCA"), as administered by the U.S.

Food and Drug Administration ("FDA"), under the holdings of *PLIVA, Inc. v. Mensing*, 131 S. Ct. 2567 (2011), and *Mutual Pharmaceutical Co. v. Bartlett*, 133 S. Ct. 2466 (2013), as more fully set forth in the movants' accompanying Memorandum of Law in Support of Motion to Dismiss; and,

(b)     Pursuant to Rule 12(b)(6), Fed. R. Civ. P., the claims asserted and the relief demanded by plaintiffs should be dismissed on the grounds set forth in the Brand Name Defendants' Motion to Dismiss (the "Brand Name Motion"), which the Generic Defendants hereby join in and incorporate by reference, including the grounds that (i) Plaintiffs' claims are preempted by federal law under *Mensing* and *Bartlett*, because, even if the Generic Defendants were not subject to a federal duty of sameness, it would still be impossible for them to reduce their drop volume to 15 µL without prior FDA approval; and (ii) Plaintiffs have failed to state a claim under any of the six state consumer protection statutes asserted in the Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that, the Generic Defendants rely on the accompanying Brief In Support Of This Motion and the accompanying Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that the Generic Defendants hereby request oral argument on this motion.

Dated: August 24, 2018                    Respectfully submitted,

s/ Roger B. Kaplan
Roger B. Kaplan
GREENBERG TRAURIG, LLP
200 Park Avenue, P.O. Box 677
Florham Park, NJ 07932-0677
(973) 360-7957
                        - and -
s/ Lori G. Cohen
(admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
                        - and -
s/ Gregory E. Ostfeld
(admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-8400
*Attorneys for Defendants Falcon*
*Pharmaceuticals, Ltd. and Sandoz*
*Inc.*

s/ Charles B. Casper
Charles B. Casper
MONTGOMERY McCRACKEN
WALKER & RHOADS, LLP
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 488-7700
                        - and -
Stephen G. Strauss
Randy J. Soriano
Timothy J. Hasken
(admitted *pro hac vice*)

BRYAN CAVE LEIGHTON
PAISNER LLP
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000
*Attorneys for Defendants Merck &*
*Co., Inc., Merck Sharpe Dohme, and*
*Prasco, LLC*

s/ Walter H. Swayze, III
Walter H. Swayze, III
Megan E. Grossman, Esquire
SEGAL MCAMBRIDGE SINGER &
MAHONEY, LTD.
15 Exchange Place, Suite 1020
Jersey City, NJ 07302
(201) 209-0393
            *- and -*
s/ John M. Kilroy, Jr.
(admitted *pro hac vice*)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112-1895
(816) 374-0584
            *- and -*
s/ J. Stanton Hill
(admitted *pro hac vice*)
POLSINELLI PC
1201 West Peachtree Street, N.W.,
Suite 1100
Atlanta, GA 30309-3232
(404) 253-6000
*Attorneys for Defendant Akorn, Inc*

## <u>CERTIFICATION OF SERVICE</u>

ROGER B. KAPLAN, being of full age, hereby certifies that on this 24th day of August 2018, in addition to service via the Court's ECF system for all counsel registered to receive service via the ECF system, I caused a true and correct copy of the foregoing Notice of Motion, together with the Accompanying Brief in Support of Motion and Proposed form of Order to be served by electronic mail on the following counsel:

| | |
|---|---|
| Jeffrey W. Herrmann<br>Cohn Lifland Pearman Herrmann &<br>Knopf, LLP<br>Park 80 West-Plaza One<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, NJ 07663<br>Phone: (201) 845-9600<br>Fax: (201) 845-9423<br>jwh@njlawfirm.com<br>*Attorney for Plaintiffs* | James P. Muehlberger<br>Lori A. McGroder<br>Douglas B. Maddock, Jr.<br>Shook Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Phone: (816) 474-6550<br>Fax: (816) 421-5547<br>jmuehlberger@shb.com<br>lmcgroder@shb.com<br>dmaddock@shb.com<br>*Attorneys for Defendants Allergan, Inc.;*<br>*Allergan USA, Inc.; and Allergan Sales,*<br>*LLC* |
| Richard S. Cornfeld<br>Law Office of Richard S. Cornfeld<br>1010 Market Street, Suite 1720<br>St. Louis, MO 63101<br>Phone: (314) 241-5799<br>Fax: (314) 241-5788<br>rcornfeld@cornfeldlegal.com<br>*Attorney for Plaintiffs* | Robert J. McGuirl<br>Law Offices of Robert J. McGuirl, LLC<br>295 Spring Valley Road<br>Park Ridge, NJ 07656<br>Phone: (201) 391-8200<br>Fax: (201) 391-8660<br>robert.mcguirl@rjmlaw.org<br>*Attorneys for Defendants Allergan, Inc.;*<br>*Allergan USA, Inc.; and Allergan Sales,*<br>*LLC* |
| John G. Simon<br>Ryan A. Keane<br>The Simon Law Firm, P.C.<br>800 Market Street, Suite 1700<br>St. Louis, MO 63101 | Stephen G. Strauss<br>Christopher J. Schmidt<br>Randy J. Soriano<br>Bryan Cave LLP<br>211 N. Broadway, Suite 3600 |

| | |
|---|---|
| Phone: (314) 241-2929<br>Fax: (314) 241-2029<br>jsimon@simonlawpc.com<br>rkeane@simonlawpc.com<br>*Attorneys for Plaintiffs* | St. Louis, MO 63102<br>Phone: (314) 259-2000<br>Fax: (314) 259-2020<br>sgstrauss@bryancave.com<br>cjschmidt@bryancave.com<br>rjsoriano@bryancave.com<br>*Attorneys for Defendants Merck & Co.,*<br>*Inc.; Merck, Sharp & Dohme Corp. and*<br>*Prasco, LLC* |
| Ephraim Samuel Geisler<br>Douglass Alan Kreis<br>Aylstock, Witkin, Kreis, Overholtz<br>PLLC<br>17 E. Main Street, Suite 200<br>Pensacola, FL 32502-5996<br>Phone: (850) 202-1010<br>Fax: (850) 916-7449<br>Sgeisler@awkolaw.com<br>dkreis@awkolaw.com<br>*Attorneys for Plaintiffs* | Liza M. Walsh<br>Tricia B. O'Reilly<br>Katherine Marie Romano<br>William T. Walsh, Jr.<br>Walsh Pizzi O'Reilly Falanga LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd.<br>6th Floor<br>Newark NJ 07102<br>Phone: (973) 757-1100<br>lwalsh@thewalshfirm.com<br>toreilly@thewalshfirm.com<br>kromano@walsh.law<br>wwalsh@walsh.law<br>*Attorneys for Defendant Pfizer Inc.,*<br>*Valeant Pharmaceuticals International,*<br>*Inc., Bausch and Lomb Incorporated,*<br>*and Aton Pharma, Inc.* |
| | Robyn E. Bladow (pro hac vice)<br>Shaun Paisley (pro hac vice)<br>Kirkland & Ellis LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>Phone: (213) 680-8400<br>Fax: (213) 680-8500<br>rbladow@kirkland.com<br>spaisley@kirkland.com<br>*Attorneys for Defendant Pfizer Inc.* |

I hereby certify that the foregoing is true. I am aware that if the foregoing is willfully false I am subject to punishment.

Date: August 24, 2018          /s/ Roger B. Kaplan_____
                               Roger B. Kaplan