UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEONARD COTTRELL, SANDRA HENON, WILLIAM REEVES, GEORGE HERMAN, SIMON NAZZAL, CAROL FREBURGER, JACK LIGGETT, PATRICIA BOUGH, MACK BROWN, DOLORES GILLESPIE, DEBORAH HARRINGTON, ROBERT INGINO, EDWARD ROGERS, JR., DEBORAH RUSIGNUOLO, DOROTHY STOKES, JOSEPHINE TROCCOLI, HURIE WHITFIELD, THOMAS LAYLOFF, CAROLYN TANNER, PATSY TATE, JOHN SUTTON, JESUS RENTERIA, GLENDELIA FRANCO, and NADINE LAMPKIN, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br>v.<br><br>ALCON LABORATORIES, INC.; ALCON RESEARCH, LTD.; FALCON PHARMACEUTICALS, Ltd.; SANDOZ, INC.; ALLERGAN, INC.; ALLERGAN USA, INC.; ALLERGAN SALES, LLC; PFIZER INC.; VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; BAUSCH AND LOMB INCORPORATED; ATON PHARMA, INC.; MERCK & CO., INC.; MERCK, SHARP & DOHME CORP., PRASCO, LLC; and AKORN, INC.,<br><br>              Defendants. | Civil Action No.: 3:14-cv-05859 BRM-LHG<br><br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br><br>*Electronically Filed* |

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the claims and causes of action asserted in this matter are dismissed with prejudice, with each party to bear its own fees and costs.

| | |
|---|---|
| WALSH PIZZI O'REILLY FALANGA LLP | COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP |
| /s/ Liza M. Walsh (w/consent)<br>Liza M. Walsh<br>Katherine M. Romano<br>William T. Walsh, Jr.<br>WALSH PIZZI O'REILLY FALANGA LLP<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 600<br>Newark, NJ 07102<br>(973) 757-1100 | /s/ Jeffrey W. Herrmann<br>Jeffrey W. Herrmann<br>COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP<br>Park 80 West-Plaza One<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, New Jersey 07663<br>201-845-9600 |
| ***Attorneys for Pfizer, Inc, Valeant Pharmaceuticals International, Inc. n/k/a Bausch Health Companies Inc., Bausch & Lomb Incorporated, and Aton Pharma, Inc.*** | Richard S. Cornfeld *(pro hac vice)*<br>LAW OFFICE OF RICHARD S. CORNFELD<br>1010 Market Street, Suite 1720<br>St. Louis, MO 63101<br>(314) 241-5799<br>(314) 241-5788 (fax)<br>rcornfeld@cornfeldlegal.com |
| SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD. | John G. Simon *(pro hac vice)*<br>Kevin M. Carnie, Jr. *(pro hac vice)*<br>THE SIMON LAW FIRM, P.C.<br>800 Market Street, Suite 1700<br>St. Louis, MO 63101<br>(314) 241-2929<br>(314) 241-2029 (fax)<br>jsimon@simonlawpc.com<br>rkeane@simonlawpc.com |
| /s/ Walter H. Swayze, III (w/consent)<br>Walter H. Swayze, III<br>Megan E. Grossman<br>SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.<br>15 Exchange Place, Suite 1020<br>Jersey City, NJ 07302<br>201-209-0393 | |
| ***Counsel for Defendant Akorn, Inc.*** | ***Counsel for Plaintiffs*** |
| LAW OFFICES OF ROBERT J. MCGUIRL, LLC | GREENBERG TRAURIG, LLP |
| /s/ Robert J. McGuirl (w/consent)<br>Robert J. McGuirl<br>LAW OFFICES OF ROBERT J. MCGUIRL, LLC<br>295 Spring Valley Road<br>Park Ridge, NJ 07656<br>201-391-8200 | /s/ Roger B. Kaplan (w/consent)<br>Roger B. Kaplan<br>GREENBERG TRAURIG, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>973-360-7900 |
| ***Counsel for Defendants Allergan, Inc., Allergan USA, Inc., and Allergan Sales, LLC*** | ***Counsel for Defendants Alcon Laboratories, Inc., Alcon Research Ltd.*** |

Montgomery McCracken Walker &
Rhoads, LLP


*/s/ Charles B. Casper (w/consent)*
Charles B. Casper
Montgomery McCracken Walker &
Rhoads, LLP
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ  08002
856-488-7700

**Counsel for Defendants**
***Merck & Co., Inc., Merck Sharp & Dohme Corp., and Prasco, LLC***

**SO ORDERED:**

This \_\_\_\_\_ day of _____, 2018.

_____
Hon. Brian R. Martinotti, U.S.D.J.